JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDY REAL, | NO. CV 09-05392 R (SS) |
|     Petitioner, | |
|     v. | **JUDGMENT** |
| J. WALKER, Warden, | |
|     Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: January 14, 2010

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE